IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-82 |
| | ) |
| STEPHAN ANDRE PETE, | ) |
| WILLIAM JAMES PETERSON | ) |
| and FRANK MURPHY, | ) |
| Defendants. | ) |

## ORDER

AND NOW this 13th day of November, 2009, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_[signature]_, J.

cc:  All parties of record